UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No.   4:22-CR-00214 AGF |
| CHANTAIL SHELTON, | ) ) |
| Defendant. | |

**INFORMATION**

The United States Attorney charges:

**COUNT I**

On or about February 3, 2020, in the Eastern District of Missouri, the defendant,

**CHANTAIL SHELTON**,

did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, of a U.S. Individual Income Tax Return, Form 1040A, for taxpayer S.O., for the calendar year 2019.   The return was false and fraudulent as to material matters, such as the amounts of net business loss and business expenses, in that said return reported that S.O. had taxable income in an amount of $15,094, whereas, as the defendant then and there well knew and believed, said return reflected falsely inflated the amount of net business loss and business expenses reflected on the return, fraudulently reducing the amount of S.O.'s taxable income.

In violation of Title 26, United States Code, Section 7206(2).

SAYLER A. FLEMING
United States Attorney

*/s/ Gwendolyn E. Carroll*
Gwendolyn E. Carroll #4657003NY
Assistant United States Attorney

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| EASTERN DIVISION | ) |
| EASTERN DISTRICT OF MISSOURI | ) |

I, Gwendolyn Carroll, Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, do say that the foregoing information is true as I verily believe.

_s/Gwendolyn Carroll_
GWENDOLYN CARROLL, #4657003NY
Assistant United States Attorney

Subscribed and sworn to before me this 22nd day of March 2022.



Gregory J. Linhares
CLERK, U.S. DISTRICT COURT

By: /s/Jason W. Dockery
DEPUTY CLERK